# United States Court of Appeals
## For the First Circuit

No. 16-2271


PAN AM RAILWAYS, INC.,

Petitioner,

v.

UNITED STATES DEPARTMENT OF LABOR,

Respondent,

JASON RAYE,

Intervenor.


**ERRATA SHEET**

The opinion of this Court issued on April 21, 2017, is amended as follows:

On page 14, line 8, "KALJ" is replaced with "ALJ."